NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MARGARET A. LAGUERRA,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————

2013-3152

———————————

Petition for review of the Merit Systems Protection Board in No. DC0752120395-I-1.

———————————

**ON MOTION**

———————————

**O R D E R**

The Merit Systems Protection Board moves for an extension of time due to the government shutdown to file its response brief.

IT IS ORDERED THAT:

The motion is granted to the extent that the respondent shall file its brief 5 days after the shutdown ends and the government reopens.

2                                              LAGUERRA v. MSPB

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s21